# Court of Appeals
# of the State of Georgia

ATLANTA, December 26, 2012

*The Court of Appeals hereby passes the following order:*

**A13A0677.  ROBERT ROBERTSON v. HATTIE B. ROBERTSON.**

Robert Robertson has filed a direct appeal from a protective order entered under the Family Violence Act, OCGA § 19-13-1 et seq.  Family Violence Act cases are domestic relations cases within the meaning of OCGA § 5-6-35 (a) (2), so appeals of such orders must be made by application for discretionary appeal.  *Schmidt v. Schmidt*, 270 Ga. 461 (1) (510 SE2d 810) (1999).  Because Robertson failed to follow the proper appellate procedure, this appeal is DISMISSED for lack of jurisdiction.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 12/26/2012
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*


, *Clerk.*